IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JMSF ENTERPRISES, LLC**                                    **PLAINTIFF**

V.                    NO. 2:23CV000239 JM

**MOUNT VERNON FIRE INSURANCE COMPANY**          **DEFENDANT**

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that the case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against the Defendant be, and they are, hereby dismissed with prejudice.

The Court will retain complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 6th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE